AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JOSEPH V. GALLONI,

       Petitioner,

  V.

GREG SMITH,

       Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-00595-LRH-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss [19] is GRANTED. The petition is DISMISSED WITH PREJUDICE as untimely filed. FURTHER ORDERED that no certificate of appealability shall issue.

May 22, 2012

                                                   **LANCE S. WILSON**
                                                        Clerk

                                                    /s/ M. Campbell
                                                    Deputy Clerk